### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:12-00006 |
| | ) | Judge Trauger |
| [1] LINDA KAY POWELL | ) | |

## O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Friday, November 2, 2012, at 1:30 p.m.

It is so **ORDERED**.

ENTER this 30th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge