IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 2:12-00006 |
| | : | JUDGE TRAUGER |
| | : | |
| LINDA KAY POWELL and | : | |
| WILLIAM STEVE HOWELL, | : | |
| Defendants. | : | |

## JOINT MOTION TO CONTINUE

Plaintiff and Defendant Linda Kay Powell, through undersigned counsel, respectfully request that Defendant Powell's sentencing hearing currently scheduled for February 11, 2013, be continued and for cause would state that more time is needed to complete the Pre Sentence Report and that a continuance will best serve the ends of justice.

Respectfully submitted,

U.S. Attorney's Office
110 9th Avenue South, Suite A-961
Nashville, TN 37203
(615) 736-5151

*/s/ Sandra G. Moses*
Sandra G. Moses
Assistant U.S. Attorney General

GALLIGAN & NEWMAN
309 West Main St.
McMinnville, TN 37110
(931) 473-8405

*/s/ John P. Partin*
John P. Partin, #020921
Attorney for Defendant